DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZIAD EID and FALASTEEN EID, | Case No. 3:18-cv-07341 TSH |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; BILL SCOTT, CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE DEPARTMENT OFFICERS DOE 1 through DOE 10, | Trial Date:     Not set. |
| Defendants. | |

The Case Management Conference is currently scheduled for Thursday March 7, 2019 at 10:00 a.m. Defendants request a continuance of the Case Management Conference to the following week (March 14, 2019 at 10:00 a.m.) The parties have met and conferred, and plaintiff does not object. There is good cause for such a continuance for the following reasons:

1. Defendants' counsel, the only Deputy City Attorney assigned to this matter, will be out of the country from March 5 to March 13, 2019.

2. There are no other dates in this matter that will be affected by a continuation of the case management conference.

Accordingly, the parties request that this Court continue the case management conference for one week, to March 14, 2019 at 10:00 a.m.  The parties have agreed that they will file a joint case management conference statement before March 5, 2019.

Dated:  February 21, 2019

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Deputy
                MARGARET W. BAUMGARTNER
                Deputy City Attorney

                By: /s/  Margaret W. Baumgartner
                MARGARET W. BAUMGARTNER

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

Dated:  February 21, 2019

                SIEGEL, YEE, BRUNNER & MEHTA
                DAN SIEGEL
                EMILYROSE JOHNS
                MICAH CLATTERBAUGH

                By: /s/  EmilyRose Johns
                EMILYROSE JOHNS

                Attorneys for Plaintiffs
                ZIAD EID and FALASTEEN EID

### [PROPOSED] ORDER

The Case Management Conference currently set for March 7, 2019 is continued to March 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Stip to Continue CMC
Case No. **18-cv-07341 TSH**                        3                    n:\lit\li2018\181150\01336948.docx