1  DAN SIEGEL, SBN 56400
2  EMILYROSE JOHNS, SBN 294319
   MICAH CLATTERBAUGH, SBN 316808
3  SIEGEL, YEE, BRUNNER & MEHTA
   475 14th Street, Suite 500
4  Oakland, California 94612
   Telephone: (510) 839-1200
5  Facsimile: (510) 444-6698

6
7  Attorneys for Plaintiffs
   ZIAD EID and FALASTEEN
8  EID

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  ZIAD EID and FALASTEEN EID,          )   Case No. 3:18-cv-07341-TSH
                                         )
13              Plaintiffs,              )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER CONTINUING DISCOVERY**
14                                       )   **CUT OFF AND EXPERT**
        vs.                              )   **DISCLOSURE DEADLINES**
15                                       )
16  CITY AND COUNTY OF SAN               )
    FRANCISCO; BILL SCOTT, CHIEF OF      )
17  THE SAN FRANCISCO POLICE             )   Hon. Thomas S. Hixson
    DEPARTMENT; SAN FRANCISCO            )
18  POLICE DEPARTMENT OFFICERS DOE       )
19  1 through DOE 10,                    )   Case Filed: December 5, 2018
                                         )
20              Defendants.              )   Trial: September 8, 2020

21

22

23

24

25

26

27

28

---

*Eid v. City and County of San Francisco,* No. 3:18-cv-07341-TSH
Stipulation and [Proposed] Order Continuing Case Management Deadlines - 1

Pursuant to the Court's Order of March 5, 2019 (ECF No. 21), the Court set the following case management deadlines:

| | |
|---|---|
| Deadline to Seek Leave to Amend Pleadings | 5/31/2019 |
| Close of Fact Discovery | 11/27/2019 |
| Disclosure of Expert Witnesses | 12/19/2019 |
| Disclosure of Rebuttal Expert Witnesses | 1/23/2020 |
| Close of Expert Discovery | 2/20/2020 |
| Deadline to File Dispositive Motions | 3/19/2020 |
| Hearing on Dispositive Motions | 4/23/2020 |
| Exchange of Pretrial Disclosures | 6/24/2020 |
| Deadline to File Pretrial Statement, Motions in Limine and Related Documents | 7/9/2020 |
| Deadline to File Oppositions to Motions in Limine | 7/16/2020 |
| Pretrial Conference | 7/30/2020 |
| Final Pretrial Conference | 8/27/2020 |
| Jury Trial (Duration: 7-10 days) | 9/8/2020 |

The parties have been pursuing discovery in this matter, including written discovery and requests for the production of documents. Despite the parties' diligent efforts, certain discovery such as witness statements is just now becoming available to plaintiffs following the conclusion of administrative investigations. Plaintiffs do not believe that it would be able to adequately depose the individual defendants absent this discovery.

Considering the current posture of discovery in this matter, despite the parties' diligence, the parties stipulate and respectfully request a continuance of certain case management deadlines to facilitate the completion of discovery. These modifications will not impact the trial and pretrial conference dates. The parties propose the following modifications:

| | |
|---|---|
| Close of Fact Discovery | 1/17/2020 |
| Disclosure of Expert Witnesses | 2/7/2019 |
| Disclosure of Rebuttal Expert Witnesses | 2/21/2020 |
| Close of Expert Discovery | 3/5/2020 |

The continuation of these dates does not affect any other date set by the Court.

Respectfully submitted,

Dated: November 12, 2019

SIEGEL, YEE, BRUNNER  & MEHTA

By:  */s/EmilyRose Johns*
    EmilyRose Johns

Attorneys for Plaintiffs
ZIAD EID and FALASTEEN EID

Dated: November 12, 2019

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By:  */s/Margaret W. Baumgartner*
    Margaret W. Baumgartner

Attorneys for Defendants
CITY AND COUNTY OF SAN
FRANCISCO and BILL SCOTT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the following case management deadlines are continued:

Close of Fact Discovery previously set for 11/27/2019 is continued to 1/17/2020;

Disclosure of Expert Witnesses previously set for 12/19/2019 is continued to 2/7/2019;

Disclosure of Rebuttal Expert Witnesses previously set for 1/23/2020 is continued to 2/21/2020; and

Close of Expert Discovery previously set for 2/20/2020 is continued to 3/5/2020.

IT IS SO ORDERED.

Dated: November __, 2019

_____
Hon. Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE