| | |
|---|---|
| 1 | DAN SIEGEL, SBN 56400 |
| 2 | EMILYROSE JOHNS, SBN 294319 |
|   | MICAH CLATTERBAUGH, SBN 316808 |
| 3 | SIEGEL, YEE, BRUNNER & MEHTA |
|   | 475 14th Street, Suite 500 |
| 4 | Oakland, California 94612 |
| 5 | Telephone: (510) 839-1200 |
|   | Facsimile: (510) 444-6698 |

Attorneys for Plaintiffs
ZIAD EID and FALASTEEN EID

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD EID and FALASTEEN EID, | Case No. 3:18-cv-07341-TSH |
| Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER FOR DISMISSAL** |
| CITY AND COUNTY OF SAN FRANCISCO; BILL SCOTT, CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE DEPARTMENT OFFICERS DOE 1 through DOE 10, | Hon. Thomas S. Hixson |
|  | Case Filed: December 5, 2018 |
|  | Trial: September 8, 2020 |
| Defendants. | |
---

*Eid v. City and County of San Francisco*, No. 3:18-cv-07341-TSH
Stipulation and [Proposed] Order for Dismissal - 1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On January 6, 2020, the parties agreed to resolve this matter through a dismissal with prejudice and a waiver of costs. The parties therefore stipulate that the court should dismiss this matter with prejudice, and order that the parties will bear their own attorneys' fees and costs.

SO STIPULATED.

Dated: January 8, 2020

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/EmilyRose Johns
EmilyRose Johns

Attorneys for Plaintiffs
ZIAD EID and FALASTEEN EID

Dated: January 8, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: /s/Margaret W. Baumgartner
Margaret W. Baumgartner

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, KEVIN ENDO, TESS CASEY AND BILL SCOTT

**~~PROPOSED~~ ORDER**

Based on the parties' stipulation, the court hereby ORDERS that this matter be dismissed with prejudice, and that each party to bear their own attorneys' fees and costs.

SO ORDERED.

Dated: 1/10/2020

_____
~~Judge, United States District Court~~
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE